JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Gabriela Cabrera | Case No. 2:21-cv-07948-FLA (JEMx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| El Monte Auto Spa & Resort, Inc., et al., | |
| Defendant. | |

In light of the Plaintiff's Notice of Settlement, the court orders the action dismissed without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within forty-five days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 45-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded. This Order does not preclude the filing of a stipulation of

dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 45-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above. All pending dates and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Dated: February 10, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge